Order Filed on 3/11/2008 by Clerk U.S. Bankruptcy Court District of New Jersey

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-2(c)**<br><br>John F. Bracaglia, Jr., Esq.<br>Cohn, Bracaglia & Gropper<br>275 E. Main Street<br>PO Box 1094<br>Somerville, NJ 08876<br>(908) 526-1131<br>Attorneys for Debtor | |
| In Re:<br><br>JOHN A. HORTON | Case No.: 07-22834<br><br>Adv. No.:<br><br>Hearing Date:<br><br>Judge: Ferguson |

### ORDER REOPENING CASE TO ALLOW
### MOTION TO VACATE THE DISCHARGE AND APPROVE
### REAFFIRMATION AGREEMENT

The relief set forth on the following pages, numbered two (2) through 2 is hereby **ORDERED**.

**DATED: 3/11/2008**

_____
Honorable Kathryn C. Ferguson
United States Bankruptcy Judge

The within matter having come before the Court upon the motion of Cohn, Bracaglia & Gropper, attorney for debtor, and it appearing that due notice has been given, and with good cause shown

IT IS ORDERED that the bankruptcy case be and hereby is reopened for the limited purpose of allowing this Court to adjudicate a motion filed on behalf of the debtor to, *inter alia,* approve a reaffirmation agreement; it is further

ORDERED that upon entry of the Order in the corresponding motion, the debtor's bankruptcy shall be reclosed.

bkmot11557.Horton.order.reopen.2.6.08

*Approved by Judge Kathryn C. Ferguson  March  11, 2008*